**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CARMEN I. VALLANUEVA MORALES, | No. 19-16465 |
| Plaintiff-Appellant, | D.C. No. 2:19-cv-02733-JAT |
| v. | |
| ANDREW M. SAUL, Commissioner of Social Security, | MEMORANDUM* |
| Defendant. | |

Appeal from the United States District Court
for the District of Arizona
James A. Teilborg, District Judge, Presiding

Submitted July 14, 2020**

Before:     CANBY, FRIEDLAND, and R. NELSON, Circuit Judges.

Carmen I. Vallanueva Morales appeals pro se from the district court's

judgment dismissing her action challenging the Commissioner of Social Security's

denial of her application for disability insurance benefits under Titles II and XVI of

the Social Security Act.  We have jurisdiction under 28 U.S.C. § 1291 and 42

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 405(g). We affirm.

In her opening brief, Vallanueva Morales failed to challenge the district court's order dismissing her action for failure prosecute and failure to comply with court orders, and therefore Vallanueva Morales waived any such challenge. *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999) ("[O]n appeal, arguments not raised by a party in its opening brief are deemed waived."); *Greenwood v. FAA*, 28 F.3d 971, 977 (9th Cir. 1994) ("We review only issues which are argued specifically and distinctly in a party's opening brief.").

**AFFIRMED.**